938 A.2d 981

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Nile MONTGOMERY, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 6, 2007.

### *ORDER*

PER CURIAM.

AND NOW, this 6th day of December 2007, the Petition for Allowance of Appeal is **GRANTED,** the order of the Superior Court is **VACATED,** and the matter is **REMANDED** to the Superior Court for further consideration in light of our decision in *Commonwealth v. Bennett,* 593 Pa. 382 930 A.2d 1264 (2007).